IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HAMMOCK, derivatively on behalf of Nominal Defendant Electronic Arts Inc.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. RICHARD ASHER at al.,<br><br>　　　　Defendants.<br>_____/ | No. C-05-2009 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO (1) LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS AND (2) NOTICE MOTION FOR HEARING** |

　　　　On June 13, 2005, plaintiff filed a document entitled "Unopposed Motion to Appoint Lead Derivative Counsel and Stay This Matter." Plaintiff has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Accordingly, plaintiff is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting chambers copies of their stipulation and supporting documents. The parties are hereby advised that if any party fails in the future

to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose sanctions on the noncomplying party, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

      Moreover, plaintiff has not noticed his motion for a hearing and, consequently, has violated Civil L.R. 7-2(a), which requires that "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." See Civil L.R. 7-2(a). The Court will not consider plaintiff's motion until it is properly noticed for hearing in accordance with the Civil Local Rules.

      **IT IS SO ORDERED.**

Dated: June 24, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge