KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
JAN NIELSEN LITTLE - #100029
MICHAEL D. CELIO - #197998
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
M. RICHARD ASHER, BRUCE McMILLAN,
LEONARD S. COLEMAN, TIMOTHY MOTT,
WILLIAM J. BYRON, ROBERT W. PITTMAN,
JOEL LINZNER, WARREN C. JENSON,
GERHARD FLORIN, LAWRENCE F. PROBST, III,
DON A. MATTRICK, NANCY L. SMITH,
STEPHEN BENÉ, J. RUSSELL RUEFF, JR. and
ELECTRONIC ARTS, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HAMMOCK, derivatively on behalf of Nominal Defendant ELECTRONIC ARTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>M. RICHARD ASHER, BRUCE McMILLAN, LEONARD S. COLEMAN, TIMOTHY MOTT, WILLIAM J. BYRON, ROBERT W. PITTMAN, JOEL LINZNER, WARREN C. JENSON, GERHARD FLORIN, LAWRENCE F. PROBST, III, DON A. MATTRICK, NANCY L. SMITH, STEPHEN BENÉ and J. RUSSELL RUEFF, JR.<br><br>Defendants,<br><br>and<br><br>ELECTRONIC ARTS, INC.,<br><br>Nominal Defendant, | Case No. C-05-02009-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE INITIAL DISCLOSURE DATES**<br><br>Date:      September 16, 2005<br>Time:      9:00 a.m.<br>Dept:      7, 19th Floor<br>Judge:    Maxine M. Chesney<br><br>Date Comp. Filed:    May 16, 2005 |

**WHEREAS,** Rule 26 disclosures are due in this action on September 12, 2005 by order of this Court; and

**WHEREAS,** plaintiffs in the instant action filed an unopposed motion to consolidate this case with Sindona v. Asher, et al., Case No. C-05-02644 on July 29, 2005; and

**WHEREAS,** that motion is currently pending before this Court; and

**WHEREAS,** that motion also seeks the appointment of a lead counsel; and

**WHEREAS,** should the Court appoint lead counsel, lead counsel would need to meet with other plaintiffs counsel to determine if an amended complaint need be filed,

**IT IS THEREFORE STIPULATED THAT**

1. The current deadline for Rule 26 Disclosures is vacated, and the parties' Rule 26 Disclosures shall not be due until sixty (60) days from the Court's resolution of plaintiff's motion to consolidate.

Dated: August 8, 2005.              KEKER & VAN NEST, LLP


By:   /s/ Michael D. Celio
MICHAEL D. CELIO
Attorneys for Defendants
M. RICHARD ASHER, et al.

Dated: August 8, 2005.              MARY ALEXANDER ASSOCIATES


By:   /s/ Mary E. Alexander (by express permission)
MARY E. ALEXANDER
Attorneys for Plaintiff
WALTER HAMMOCK

**IT IS SO ORDERED.**

Dated: August 12, 2005

By: [signature]
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT

1
STIPULATION AND [PROPOSED] ORDER RE INITIAL DISCLOSURE DATES
CASE NO. C-05-02009-MMC

356225.01