1  KEKER & VAN NEST, LLP
   ROBERT A. VAN NEST - #84065
2  JAN NIELSEN LITTLE - #100029
   MICHAEL D. CELIO - #197998
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendants
6  M. RICHARD ASHER, BRUCE McMILLAN,
   LEONARD S. COLEMAN, TIMOTHY MOTT,
7  WILLIAM J. BYRON, ROBERT W. PITTMAN,
   JOEL LINZNER, WARREN C. JENSON,
8  GERHARD FLORIN, LAWRENCE F. PROBST, III,
   DON A. MATTRICK, NANCY L. SMITH,
9  STEPHEN BENÉ, J. RUSSELL RUEFF, JR. and
   ELECTRONIC ARTS, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER HAMMOCK, derivatively on behalf of Nominal Defendant ELECTRONIC ARTS, INC., | Case No. C-05-02009-MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER STAYING CASE UNTIL RESOLUTION OF MOTION TO DISMISS RELATED CLASS ACTION** |
| v. | Judge:    Hon.  Maxine M. Chesney |
| M. RICHARD ASHER, BRUCE McMILLAN, LEONARD S. COLEMAN, TIMOTHY MOTT, WILLIAM J. BYRON, ROBERT W. PITTMAN, JOEL LINZNER, WARREN C. JENSON, GERHARD FLORIN, LAWRENCE F. PROBST, III, DON A. MATTRICK, NANCY L. SMITH, STEPHEN BENÉ and J. RUSSELL RUEFF, JR. | Date Comp. Filed:    May 16, 2005 |
| Defendants, | |
| and | |
| ELECTRONIC ARTS, INC., | |
| Nominal Defendant, | |

1  **WHEREAS,** this action was filed on May 16, 2005; and

2  **WHEREAS,** on June 20, 2005 this action was related to case 05-1219 MMC, *In re Electronic Arts Securities Litigation*; and

4  **WHEREAS,** an amended complaint was filed in *In re Electronic Arts Securities Litigation* (the "Related Class Action") on August 12, 2005; and

6  **WHEREAS,** by prior order of this Court, defendants have until September 26, 2005 to respond to the amended consolidated complaint; and

8  **WHEREAS,** defendants intend to file a motion to dismiss the Related Class Action complaint; and

10  **WHEREAS,** the issues raised by the Related Class Action complaint and the issues raised in the instant action are interrelated as they involve the same facts and some of the same legal theories; and

13  **WHEREAS,** the parties have met and conferred extensively about this case and agree that it would be more efficient if the Court considered any motion related to this case after the Court resolves defendants' motion to dismiss the Related Class Action; and

16  **WHEREAS,** the parties believe that it would conserve judicial resources if the court was not required to consider a motion to dismiss the instant complaint until after it had ruled on the Related Class Action complaint;  and

19  **WHEREAS,** the parties further believe that the Court's ruling on defendants' motion to dismiss the Related Class Action complaint will have a significant impact on the potential disposition of this case, including but not limited to settlement or dismissal,

22  **IT IS THEREFORE STIPULATED THAT:**

23  1.   Plaintiffs shall not be required to file an amended complaint in this action until 30 days after the court rules on Defendants' forthcoming motion to dismiss the Related Class Action complaint in *In re Electronic Arts Securities Litigation;*

26  2.   All other proceedings in this case, including all discovery and initial disclosure requirements, are stayed until 30 days after the court rules on Defendants' forthcoming motion to dismiss the Related Class Action complaint in *In re*

*Electronic Arts Securities Litigation.*

3. Defendants shall have 45 days from the date an amended complaint is filed to answer or otherwise respond to the amended complaint. Should defendants move to dismiss the amended complaint, Plaintiffs shall have 45 days from the date of the filing of Defendants' motion to dismiss to file their opposition, and Defendants shall have 15 days to file their reply.

Dated: September 6, 2005.        KEKER & VAN NEST, LLP

By:   /s/ Michael D. Celio
MICHAEL D. CELIO
Attorneys for Defendants
M. RICHARD ASHER, et al.

Dated: September 6, 2005.        MARY ALEXANDER ASSOCIATES

By: /s/ Mary E. Alexander (by express permission)
MARY E. ALEXANDER
Attorneys for Plaintiff
WALTER HAMMOCK

**IT IS SO ORDERED.**

Dated: September 6, 2005

By: _____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT