KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
JAN NIELSEN LITTLE - #100029
MICHAEL D. CELIO - #197998
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
M. RICHARD ASHER, BRUCE McMILLAN,
LEONARD S. COLEMAN, TIMOTHY MOTT,
WILLIAM J. BYRON, ROBERT W. PITTMAN,
JOEL LINZNER, WARREN C. JENSON,
GERHARD FLORIN, LAWRENCE F. PROBST, III,
DON A. MATTRICK, NANCY L. SMITH,
STEPHEN BENÉ, J. RUSSELL RUEFF, JR. and
ELECTRONIC ARTS, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HAMMOCK, derivatively on behalf of Nominal Defendant ELECTRONIC ARTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>M. RICHARD ASHER, BRUCE McMILLAN, LEONARD S. COLEMAN, TIMOTHY MOTT, WILLIAM J. BYRON, ROBERT W. PITTMAN, JOEL LINZNER, WARREN C. JENSON, GERHARD FLORIN, LAWRENCE F. PROBST, III, DON A. MATTRICK, NANCY L. SMITH, STEPHEN BENÉ and J. RUSSELL RUEFF, JR.<br><br>Defendants,<br><br>and<br><br>ELECTRONIC ARTS, INC.,<br><br>Nominal Defendant, | Case No. C-05-02009-MMC<br><br>**STIPULATION DISMISSING ACTION**<br><br>Judge:    Hon. Maxine M. Chesney |

1     **WHEREAS,** this action was filed on May 16, 2005; and

2     **WHEREAS,** on June 20, 2005 this action was related to case 05-1219 MMC, *In re Electronic Arts Securities Litigation*; and

4     **WHEREAS,** by order of this Court Plaintiffs were not required to file an amended complaint in this action until 30 days after the court ruled on Defendants' motion to dismiss the Class Action complaint in *In re Electronic Arts Securities Litigation;* and

7     **WHEREAS**, on January 5, 2006 the Court granted Defendants' motion to dismiss *In re Electronic Arts Securities Litigation*, Case No, C 05-01219 MMC; and

9     **WHEREAS**, Plaintiffs in this action have elected not to file an amended complaint;

**IT IS THEREFORE STIPULATED THAT:**

1. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Case No. C-05-02009 MMC is dismissed without prejudice.

2. Each party shall bear its own costs.

Dated: March 2, 2006.                                KEKER & VAN NEST, LLP

By: ___/s/ Michael D. Celio_____
MICHAEL D. CELIO
Attorneys for Defendants
M. RICHARD ASHER, et al.

Dated: March 2, 2006.                                FEDERMAN & SHERWOOD

By: /s/ William B. Federman (by express permisison)
WILLIAM B. FEDERMAN
Attorneys for Plaintiff
WALTER HAMMOCK

**IT IS SO ORDERED.**

Dated: March 10, 2006

By: *[signature: Maxine M. Chesney]*
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT